# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLADYS PEREZ,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:14-cv-02087-APG-PAL

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a first amended petition. (ECF No. 15). Petitioner seeks an extension of time, up to and including September 1, 2017, to file the first amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file the first amended petition (ECF No. 15) is **GRANTED.** The first amended petition shall be filed on or before **September 1, 2017.**

Dated: May 2, 2017.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE