# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLADYS PEREZ,<br><br>　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　Respondents. | Case No. 2:14-cv-02087-APG-PAL<br><br>**ORDER** |

Good cause appearing, the petitioner's unopposed motion for an extension of time (ECF No. 20) is GRANTED. Petitioner shall have up to and including January 29, 2018, within which to file an amended petition for writ of habeas corpus.

Dated: November 30, 2017.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1