# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GLADYS PEREZ,

    Petitioner,

v.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:14-cv-02087-APG-PAL

**ORDER**

Good cause appearing, the petitioner's fourth unopposed motion for an extension of time (ECF No. 23) is GRANTED. Petitioner shall have up to and including March 15, 2018, within which to file an amended petition for writ of habeas corpus. Petitioner is advised that further extensions of time to file the amended petition are not likely to be granted.

Dated: January 30, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1