**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GLADYS PEREZ, | Case No. 2:14-cv-02087-APG-PAL |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

On March 15, 2018, petitioner filed her fifth unopposed motion for an extension of time to file an amended petition. (ECF No. 25.) Petitioner has represented that this will be her final request for an extension of time. Although the Court did advise petitioner in its last order that additional extensions were not likely to be granted, petitioner has set forth compelling reasons justifying another extension of time. Accordingly, and good cause appearing, the petitioner's fifth unopposed motion for an extension of time (ECF No. 25) is GRANTED. Petitioner shall have up to and including June 13, 2018, within which to file an amended petition for writ of habeas corpus.

Dated: March 19, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1