# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLADYS PEREZ,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:14-cv-02087-APG-PAL<br><br>**ORDER** |

Good cause appearing, respondents' unopposed motion for enlargement of time (ECF No. 30) is GRANTED. Respondents shall have until December 11, 2018, to file a response to the petitioner's first amended petition for writ of habeas corpus in this case.

Dated: August 10, 2018.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1