# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ, | Case No.: 2:14-cv-2087-APG-PAL |
| Petitioner, | **ORDER** |
| v. | [ECF No. 32] |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Good cause appearing, the respondents' unopposed motion for enlargement of time [ECF No. 32] is GRANTED. The respondents shall have until January 25, 2019 to file a response to the petitioner's first amended petition.

Dated: December 13, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE