# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gladys Perez,<br><br>                Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>                Respondents. | Case No.: 2:14-cv-2087-APG-PAL<br><br>**ORDER**<br><br>[ECF No. 37] |

The respondents' unopposed motion for enlargement of time (**ECF No. 37**) is **GRANTED**. The respondents will have until February 1, 2019 to file the index of exhibits in support of their motion to dismiss. In light of this one-week extension, the petitioner will have until March 4, 2019 to file a response to the motion to dismiss.

Dated: January 28, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE