RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Attorneys for Petitioner Gladys Perez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ,<br><br>        Petitioner,<br><br>v.<br><br>STATE OF NEVADA,<br><br>        Respondents. | Case No. 2:14-CV-02087-APG-PAL<br><br>**Unopposed Motion for Extension of Time to File Reply in Support of Motion to Substitute Respondents**<br><br>(First Request)<br><br>**ORDER** |

## Points and Authorities

Petitioner Gladys Perez respectfully asks this Court to enter an Order extending her deadline to file a Reply in support of her Rule 25 Motion to Substitute Respondents by seven days until February 26, 2019. The respondents do not oppose this request.

Perez filed her counseled, amended petition on June 13, 2018,[1] and the state moved to dismiss it on January 25, 2019.[2] Perez filed a Rule 25 Motion to Substitute Respondents on January 28, 2019.[3] The state opposed it on February 11, 2019,[4] making Perez's Reply due February 19, 2019.[5]

Undersigned counsel was out of the office on February 13 and 14 to argue *Hanson v. Baker*, in the Ninth Circuit. This Court previously granted Mr. Hanson's petition based on a due process violation after finding he met the *Schlup* actual innocence standard. The Warden appealed. In light of Mr. Hanson's innocence, counsel spent considerable time preparing for the argument. Counsel returned to the office February 15, but will be out of the office on February 18 and part of February 19, 2019.

The additional period of time is necessary in order to effectively and thoroughly represent Perez. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Perez.

---

[1] ECF No. 27.
[2] ECF No. 34.
[3] ECF No. 40.
[4] ECF No. 84.
[5] *See* LR 7-2(b) (providing seven days to file a reply after service of the response).

2

On February 15, 2019, counsel e-mailed Deputy Attorney General Ashely A. Balducci regarding her requested extension. She responded yesterday that she does not object to this request.

Dated February 19, 2019.

                                    Respectfully submitted,

                                    RENE L. VALLADARES
                                    Federal Public Defender

                                    */s/Amelia L. Bizzaro*
                                    AMELIA L. BIZZARO
                                    Assistant Federal Public Defender

                                    IT IS SO ORDERED:

                                    _____
                                    ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE
                                    Dated: February 20, 2019.