RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Attorneys for Petitioner Gladys Perez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ,<br><br>        Petitioner,<br><br>v.<br><br>STATE OF NEVADA,<br><br>        Respondents. | Case No. 2:14-CV-02087-APG-PAL<br><br>**Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss**<br><br>(First Request)<br><br>**ORDER** |

## Points and Authorities

Petitioner Gladys Perez respectfully asks this Court to enter an Order extending her deadline to file an opposition to motion to dismiss by 30 days until April 3, 2019. The respondents do not oppose this request.

Perez filed her counseled, amended petition on June 13, 2018,[1] and the state moved to dismiss it on January 25, 2019.[2] Perez filed a Rule 25 Motion to Substitute Respondents on January 28, 2019.[3] The state opposed it on February 11, 2019,[4] making Perez's Reply due February 19, 2019.[5] Perez sought and received one extension to file her reply, and timely filed it on February 26, 2019.[6]

Counsel was out of the office for several days in the last month for both personal and profession reasons. On February 13-14, 2019, counsel was in San Francisco to argue *Hanson v. Baker*, in the Ninth Circuit. Counsel returned to the office February 15, but was out of the office on February 18, part of February 19, 2019, and March 1, 2019.=

Undersigned counsel and her team have identified witnesses we wish to interview in support of Perez's Opposition regarding tolling and possibly other defenses. Some of these witnesses are incarcerated and counsel's investigator reached out to the prison two weeks ago to request a visit. Those visits have been scheduled for tomorrow and counsel anticipates follow up meetings may be necessary.

---

[1] ECF No. 27.
[2] ECF No. 34.
[3] ECF No. 40.
[4] ECF No. 84.
[5] *See* LR 7-2(b) (providing seven days to file a reply after service of the response).
[6] ECF No. 87.

This requested extension will give counsel and her team the time necessary to complete their tolling investigation and to draft and file Perez's response. The additional period of time is necessary in order to effectively and thoroughly represent Perez. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Perez.

On March 4, 2019, counsel e-mailed Deputy Attorney General Ashely A. Balducci regarding this request. She responded that she does not object.

Dated March 4, 2019

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

/s/Amelia L. Bizzaro
AMELIA L. BIZZARO
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
ANDREW P. GORDON, United States District Judge

Dated: 3/5/2019