UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLADYS PEREZ,<br><br>                Petitioner,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>                Respondents. | Case No. 2:14-cv-02087-APG-PAL<br><br>ORDER |

    Petitioner Gladys Perez's motion for extension of time **(ECF No. 93) is granted in part**. Perez will have 30 days from either a court order denying her motion for discovery or from the close of any discovery granted to file an opposition to the respondents' motion to dismiss.

    DATED THIS 7th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1