UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GLADYS PEREZ, | Case No. 2:14-cv-02087-APG-PAL |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 95) is granted. Respondents will have until May 1, 2019, to file a response to petitioner's motion for discovery.

DATED THIS 16th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1