# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ, | Case No.: 2:14-cv-02087-APG-BNW |
| Petitioner, | **ORDER** |
| v. | [ECF No. 101] |
| STATE OF NEVADA, et al., | |
| Respondents. | |

The petitioner's unopposed motion for extension of time (ECF No. 101) is granted. The petitioner will have until May 29, 2019 to file a reply to the respondents' opposition to her motion for discovery.

Dated: May 6, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE