# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ, | Case No.: 2:14-cv-02087-APG-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner has filed a motion for discovery, which has been fully briefed. Following review of the motion and associated briefing, I conclude I cannot rule on the motion for discovery until the pending motion to dismiss has been fully briefed. Accordingly, IT IS HEREBY ORDERED that the petitioner will have 30 days from the date of this order within which to file a response to the pending motion to dismiss. The respondents will have 20 days from service of the response to file any reply.

Dated: May 31, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE