# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ, | Case No.: 2:14-cv-2087-APG-BNW |
| Petitioner, | **ORDER** |
| v. | [ECF No. 106] |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 106) is GRANTED IN PART. Given the age of this case and the length of time the motion to dismiss has been pending, petitioner will have until July 29, 2019 to file an opposition to the motion to dismiss. Counsel for both parties are directed to prioritize the briefing on this case over later-filed matters, as further extensions of time to brief the motion to dismiss are unlikely to be granted.

Dated: July 8, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE