UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS PEREZ,<br><br>               Petitioner,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>               Respondents. | Case No. 2:14-cv-02087-APG-BNW<br><br>**ERRATA TO ORDER TO SHOW CAUSE**<br><br>(ECF No. 128) |

      I previously issued an order to show cause regarding discovery from attorney Bret Whipple. ECF No. 128. That order had a typographical error setting the hearing for 9:00 p.m. I am issuing this errata to confirm that the hearing is set for **9:00 a.m.** on **Friday, February 28, 2020** in Las Vegas Courtroom 6C.

      I ORDER plaintiff Gladys Perez's counsel to promptly and personally serve Mr. Whipple with a copy of this errata so he is aware of the correct time of the hearing.

Dated: February 19, 2020.

                                                            ANDREW P. GORDON<br>
                                                            UNITED STATES DISTRICT JUDGE