# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GLADYS PEREZ,

        Petitioner,

v.

STATE OF NEVADA, et al.,

        Respondents.

Case No. 2:14-cv-02087-APG-BNW

**ORDER CONFIRMING HEARING**

    Mr. Whipple has responded to my order to show cause regarding discovery. However, his response does not answer all of petitioner Gladys Perez's concerns. Therefore, I am issuing this order to confirm that the hearing will go forward at **9:00 a.m.** on **Friday, February 28, 2020** in Las Vegas Courtroom 6C. Mr. Whipple shall appear and answer questions. At that time, I also will address Ms. Perez's motion for an extension of the discovery deadline.

    I ORDER plaintiff Gladys Perez's counsel to promptly serve Mr. Whipple with a copy of this Order so he is aware of the hearing.

    Dated: February 26, 2020.

                                                    ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE