Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

*Attorney for Petitioner Gladys Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gladys Perez, | |
| Petitioner, | Case No. 2:14-cv-02087-APG-BNW |
| v. | **Joint Stipulation** |
| Dwight Neven, Warden, *et al.*, | **ORDER** |
| Respondents. | |

Petitioner Gladys Perez, by Assistant Federal Public Defender Amelia L. Bizzaro, and Respondents Dwight Neven, et al.., by Deputy Attorney General Jessica Perlick, file this Joint Stipulation following the February 28, 2020, hearing and this Court's March 2, 2020 Order. Counsel met and conferred by telephone on March 4, 2020 and propose the following schedule:

1. Discovery in this case must be completed by **April 6, 2020.**
2. The Petitioner must file and serve a memorandum of points and authorities addressing only the equitable tolling issue, and, as confirmed at the February 28th hearing, the relation back issue as it relates to the Ninth Circuit's recent *en banc* decision in *Ross v. Williams*, __ F.3d __, 2020 WL 878518 (Feb. 24, 2020) by **May 6, 2020**.
3. The Respondents may file a response memorandum within **14 days** after service of Perez's memorandum.
4. This Court will reinstate the Respondent's Motion to Dismiss (ECF No. 34) and the Petitioners' Motion for Evidentiary Hearing (ECF No. 111) and issue a comprehensive ruling.

Dated March 5, 2020.

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Aaron D. Ford<br>Attorney General |
| */s/ Amelia L. Bizzaro*<br>Amelia L. Bizzaro<br>Assistant Federal Public Defender<br>Counsel for Michael L. Baker | */s/ Jessica Perlick*<br>Jessica Perlick<br>Senior Deputy Attorney General<br>Counsel for Renee Baker, et al. |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 5, 2020.