# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GLADYS PEREZ,

                Petitioner,

    v.

STATE OF NEVADA, et al.,

                Respondents.

Case No. 2:14-cv-02087-APG-BNW

**ORDER**

    In addition to the topics set forth in the March 5, 2020 Order (ECF No. 142), petitioner Gladys Perez's memorandum of points and authorities, due May 6, 2020, should address the Ninth Circuit's recent *en banc* decision in *Smith v. Davis*, --- F.3d ---, 2020 WL 1316832 (9th Cir. Mar. 20, 2020), and its impact on the equitable tolling issue in this case.

    Dated: April 7, 2020.

                                   _____

                                   ANDREW P. GORDON
                                   UNITED STATES DISTRICT JUDGE