**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gladys Perez, | Case No.: 2:14-cv-02087-APG-BNW |
| Petitioner | **Order Granting the Respondents'** **Motions to Extend** |
| v. | [ECF Nos. 169, 170] |
| Dwight Neven, *et al.*, | |
| Respondents | |

The respondents seek an extension of time to file their renewed motion to dismiss. ECF Nos. 169, 170. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

I THEREFORE ORDER that the respondents' unopposed first motion for enlargement of time (ECF No. 169) is granted *nunc pro tunc*.

I further order that the respondents' second motion for enlargement of time (ECF No. 170) is granted *nunc pro tunc*.

DATED this 18th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE