Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 145709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
amelia_bizzaro@fd.org

*Attorney for Petitioner Gladys Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gladys Perez,<br><br>        Petitioner,<br><br>     v.<br><br>Dwight Neven, Warden, Florence McClure Correctional Institution and James Dzurenda, Director, Nevada Department of Corrections,<br><br>        Respondents. | Case No. 2:14-cv-02087-APG-PAL<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion for Extension of Time to File Opposition to Renewed Motion to Dismiss**<br><br>**(First Request)** |

## POINTS AND AUTHORITIES

Petitioner Gladys Perez respectfully asks this Court to enter an Order extending her deadline to file an opposition to motion to dismiss for 100 days until June 29, 2026.

Following remand from the Ninth Circuit Court of Appeals, this Court ordered the warden to file a response to Gladys's petition.[1] The warden did so by filing a renewed motion to dismiss on March 6, 2026.[2] In line with this Court's Order and the Local Rules, Gladys's response is due two weeks later, or by March 20, 2026.

This is Gladys's first request to extend this deadline.

Though Gladys previously responded to two of the arguments the warden makes in his renewed motion, he does raise a third, new argument to which Gladys has never responded. Gladys seeks additional time in order to properly respond to that argument. Gladys filed her petition, which included new evidence, before the Supreme Court decided *Shinn v. Ramirez,* 596 U.S. 366 (2022). The warden points out the possible impact of *Shinn*, and counsel seeks this additional time so she may determine what additional steps, if necessary, are required in light of *Shinn*.

The length of the request is primarily due to counsel's schedule. She is co-counsel in a federal first degree murder case, whose trial is scheduled to begin May 11, 2026 and last four to six weeks. The trial had originally been scheduled to begin in mid-February, but in mid-January, the Court *sua sponte* continued the trial. Counsel has spent the last two months filing as many pleadings as possible in her non-capital habeas cases before trial begins. Between now and the end of April, counsel anticipates filing two Ninth Circuit briefs, and three amended petitions (one

---

[1] ECF No. 167.

[2] ECF No. 171.

of which as an AEDPA deadline that expires mid-trial). Beginning next week, counsel will be out of the office part of every week for the next month to prepare witnesses for trial. Counsel is not confident she can file her opposition in this case before trial begins. She seeks this extension so that she may file the opposition upon the completion of the trial, if necessary.

This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Gladys.

Counsel contacted Deputy Attorney Jaimie Stilz on March 16, 2026 by email regarding this request, who responded that she does not object. Accordingly, counsel asks this Court to grant this request, extending her deadline until June 29, 2026 for filing Gladys's opposition.

Dated March 20, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Amelia L. Bizzaro*

Amelia L. Bizzaro
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: March 23, 2026

3